**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of South Carolina
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (If known). For more Information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Famulus Health, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   85-0743533

4. **Debtor's address**

   Principal place of business
   20 Towne Drive
   Number    Street
   Suite 301
   Bluffton         SC    29910
   City             State   ZIP Code

   Beaufort
   County

   Mailing address, If different from principal place of business
   Number    Street
   P.O. Box
   City    State    ZIP Code

   Location of principal assets, If different from principal place of business
   Number    Street
   City    State    ZIP Code

5. **Debtor's website (URL)**   https://www.famulushealth.com

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Famulus Health, LLC                                    Case number (if known) _____
　　　　Name

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| 7. | Describe debtor's business | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>4  2  4  2 |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing?<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply:*<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor  Famulus Health, LLC                                     Case number (if known) _____
        Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  ☒ No  ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When __/__/____ Case number _____
   District _____ When __/__/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**  ☒ No  ☐ Yes.

    List all cases. If more than 1, attach a separate list.

    Debtor _____ Relationship _____
    District _____ When __/__/____
    Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number   Street
                              _____
                              City                        State   ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor   Famulus Health, LLC                                    Case number (if known) _____
         Name

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☒ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/03/2024
             MM / DD / YYYY

X  _____            Michael Szwajkos
   Signature of authorized representative of debtor    Printed name

Title  Manager

Debtor  **Famulus Health, LLC**
Name

Case number (*if known*)

---

**18. Signature of attorney**   ✗  /s/ Kevin Campbell            Date  06/03/2024
Signature of attorney for debtor                       MM / DD / YYYY

Kevin Campbell
Printed name

Campbell Law Firm, P.A.
Firm name

890 Johnnie Dodds Blvd.
Number                         Street

Mt. Pleasant                                        SC        29464
City                                                State     ZIP Code

843-884-6874                            kcampbell@campbell-law-firm.com
Contact phone                           Email address

0030                                    SC
Bar number                              State

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:

FAMULUS HEALTH, LLC,

Debtor.

Chapter 11

Case No. 24-_____-__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3) for filing in this chapter 11 case:

| Name and Address of Interest Holder | Type of Interest Held | Percentage |
|---|---|---|
| Michael Szwajkos<br>5 Prospect Lane<br>Bluffton, SC 29909 | Class A membership interests | 60.26% |
| Goodroot<br>10 Front St.<br>Collinsville, CT 06019 | Class B membership interests | 24.36% |
| Michael Waterbury<br>20 Found Land Way<br>Avon, CT 06001 | Class B membership interests | 5.13% |
| James Harper<br>5 Mills Lane<br>Collinsville, CT 06019 | Class C membership interests | 1.28% |
| Jessica Rydel<br>114 Harvest Lane<br>Glastonbury, CT 06033 | Class C membership interests | 1.28% |

| | | |
|---|---|---|
| Erik Wallace<br>90 Northington Drive<br>Avon, CT 06001 | Class C<br>membership interests | 5.13% |
| Michelle Frank<br>648 Kettletown Rd.<br>Southbury, CT 06488 | Class C<br>membership interests | 2.56% |

I, Michael Szwajkos, the Manager of the above-captioned Debtor, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: June 3, 2024

_____
Michael Szwajkos
Manager

2

## JOINT WRITTEN CONSENT

## OF

## THE VOTING MEMBERS AND

## THE MANAGER

## OF

## FAMULUS HEALTH LIMITED LIABILITY COMPANY

The undersigned, being all of the voting members (the "Members") and the Manager of Famulus Health Limited Liability Company, a South Carolina limited liability company (the "Company") by execution of this written consent, do hereby take the following actions and adopt the following resolutions authorized thereby, as of May 22, 2024:

**WHEREAS**, the Members and the Manager consent to the adoption of the resolutions set forth herein by written consent and to the taking of any and all actions by the Manager, the Company, and representatives specifically set forth herein as in necessary or appropriate to give effect to such resolutions and directs that his consent be placed in the minutes and records of the Company.

**NOW, THEREFORE, BE IT**

**RESOLVED**, that, in order to ensure a fiscally sound restructuring, the Members and the Manager have determined that it is in the Company's best interest for the Company to file for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), to be filed as and at such time as the Manager deems appropriate; and

**RESOLVED**, that the Manager and representatives of the Company are authorized to proceed with the foregoing including preparation and filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code for the Company, to be filed as and at a time the Manager deems appropriate; and

**RESOLVED**, that the Manager is hereby specifically authorized: (i) to prepare and file (or to have prepared and filed) on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code; (ii) to execute on behalf of the Company such petitions, schedules and statements as he may deem necessary or appropriate in connection therewith; and (iii) to execute such further documents and do such further acts as the Manager may deem necessary or appropriate with respect to the foregoing, or any of the other resolutions set forth herein, including the filing of any petition or motion for relief under any other chapter of the Bankruptcy Code, the execution of any document or the doing of any act by the Manager or his designees in connection with such proceedings to be conclusively presumed to be authorized; and

**RESOLVED**, that the law firm of Loeb & Loeb LLP be, and hereby is, retained as attorneys for the Company to advise the Company in connection with the foregoing chapter 11 bankruptcy filing, subject to approval (for services rendered after the filing

of a bankruptcy petition) of the Bankruptcy Court, and the retention of Loeb & Loeb LLP to perform all services rendered to date in aid of the Company's prospective chapter 11 filing and otherwise is hereby ratified in all respects; and

The undersigned further certify that the foregoing resolutions are in full force and effect on the date hereof as resolutions duly adopted by the Members and the Manager and have been in full force and effect at all times subsequent to their adoption, not having been amended, repealed or modified.

*[remainder of page intentionally blank]*

**IN WITNESS WHEREOF,** the undersigned have executed this certificate, as of the date written above.

**VOTING MEMBERS:**

*Mike Szwajkos*
Michael Szwajkos

*Michael Waterbury*
Michael Waterbury

**MANAGER:**

*Mike Szwajkos*
Michael Szwajkos

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:

FAMULUS HEALTH, LLC,

Debtor.

Chapter 11

Case No. 24-_____-__

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Famulus Health, LLC the above-captioned debtor and debtor in possession, (the "**Debtor**") respectfully represents that Goodroot, Inc. owns greater than 10% of its membership interests.

I, Michael Szwajkos, the Manager of the above-captioned Debtor, declare under penalty of perjury that I have read the foregoing *Corporate Ownership Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a) and 7007.1* and that it is true and correct to the best of my information and belief.

Dated: June 3, 2024

_____
Michael Szwajkos
Manager

17892893.1
233559-10001