**Fill in this information to identify the case and this filing:**

Debtor Name  Famulus Health, LLC

United States Bankruptcy Court for the: _____ District of South Carolina
(State)

Case number (if known): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/03/2024           x _____/s/_____
            MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                  Michael Szwajkos
                                  Printed name

                                  Manager

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name: Famulus Health, LLC

United States Bankruptcy Court for the: _____ District of S. Carolina (State)

Case number (If known): 24-02019

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GoodRx, Inc. 2701 Olympic Blvd., West Building, Suite 200 Santa Monica, CA 90404 | c/o Weil Gotshal & Manges LLP David Lender david.lender@weil.com | | C, D | | | 56,000,000.00 |
| 2 | Avizva LLC 1818 Library Street Unit 440 Reston, VA 20190 | Sharad Kumar sharad@avizva.com | | | | | 1,273,550.02 |
| 3 | Change Healthcare PO Box 572490 Murray, UT 84157-2490 | Stephanie Mann stephanie.mann@optum.com | | | | | 704,892.10 |
| 4 | RelayHealth 1564 N.E. Expressway Atlanta, GA 30329-2010 | Stacy McCrommon stacy.mccrommon@relayhealth.com | | | | | 240,690.00 |
| 5 | CloudHesive LLC 2419 E. Commercial Blvd, Suite 300 Fort Lauderdale, FL 33308 | Kathy Lijoi kathy.lijoi@cloudhesive.com | | | | | 212,777.08 |
| 6 | Goodroot, LLC 10 Front St Collinsville, CT 06019 | Mike Waterbury mwaterbury@goodrootinc.com | | | | | 97,500.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1



Debtor   Famulus Health, LLC
         Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

American LegalNet, Inc.
www.FormsWorkFlow.com