Fill in this information to identify the case and this filing:

Debtor Name __Famulus Health, LLC__

United States Bankruptcy Court for the: _____ District of __S. Carolina__
                                                                    State

Case number (If known): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/1
5

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration    __Creditor Mailing Matrix__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/03/2024__        X _____(signature)_____
              MM / DD / YYYY         Signature of individual signing on behalf of debtor

                                    __Michael Szwajkos__
                                    Printed name

                                    __Manager__
                                    Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors


American LegalNet, Inc.
www.FormsWorkFlow.com

Adobe Inc.
29322 Network Place
Chicago IL 60673-1293

Amazon Web Services Inc
PO Box 84023
Seattle WA 98124-8423

American Arbitration Association
2200 Century Parkway Suite 300
Atlanta GA 30345

Assured Benefits Advisors
Address Unknown

AssuredPartners
PO Box 6203
Brattleboro VT 05302

Avizva LLC
1818 Library Street Unit 440
Reston VA 20190

Bank Of America
100 Fort Tryon Street
Charlotte NC 28255

Bass Berry & Sims
150 Third Avenue South Suite 2800
Nashville TN 37201

Beaufort County Tax Collector
PO Drawer 487
Beaufort, SC 29901

Bill.com Inc.
6220 America Center Dr. Suite 100
San Jose CA 95002

Bluffton Tax Advisors
12 Bruin Rd
Bluffton SC 29910

C F Division Services
PO Box 601391
North Miami Beach FL 33160-9891

Campbell Law Firm P.A.
890 Johnnie Dodds Blvd
Mt. Pleasant SC 29465

Change Healthcare
PO Box 572490
Murray UT 84157-2490

Clifton Larson Allen LLP
PO Box 829709
Philadelphia PA 19182

CloudHesive LLC
2419 E. Commercial Blvd Suite 300
Fort Lauderdale FL 33308

Credit Card Management-Nexonia Fam
160 Bloor St. East Suite 505
Toronto ON Canada M4W 0A2

Damon Smith
c/o Famulus Health LLC
20 Towne Drive Suite 301
Bluffton SC 29910

Dan Barney
c/o Famulus Health LLC
20 Towne Drive Suite 301
Bluffton SC 29910

Erik Wallace
90 Northington Drive
Avon CT 06001

Goodroot
10 Front St
Collinsville CT 06019

GoodRx Inc.
c/o Weil Gotshal & Manges LLP
Attn: David J. Lender
Jennifer Brooks Crozier
Alexandra Rose
767 Fifth Avenue
New York NY 10153

Holbrook & Manter
1201 Dublin Rd
Columbus OH 43215

Hub International
55 E. Jackson Blvd 14th Floor
Chicago IL 60604

```
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

Internal Revenue Service
Insolvency Group 6
MDP 39
1835 Assembly St
Columbia SC 29201

Internal Revenue Service
PO Box 931000
Louisville KY 40293

James Harper
5 Mills Lane
Collinsville CT 06019

Jason Bouwer
c/o Famulus Health LLC
20 Towne Drive Suite 301
Bluffton SC 29910

Jessica Rydel
114 Harvest Lane
Glastonbury CT 06033

John Thiessen
c/o Famulus Health LLC
20 Towne Drive Suite 301
Bluffton SC 29910

Loeb & Loeb LLP
Attn: Bethany D. Simmons
345 Park Avenue
New York NY 10154

Metlife
200 Park Avenue
New York NY 10117

Michelle Frank
10 Front St
Collinsville CT 06019

Michael Szwajkos
5 Prospect Lane
Bluffton SC 29909
```

Michael Waterbury
20 Found Land Way
Avon CT 06001

MJSAJH and Associates LLC
4 High Ponds Lane
Bluffton SC 29910

Moore & Van Allen PLLC
78 Wentworth Street
Charleston SC 29401-1428

NCPDP
9240 E. Raintree Dr
Scottsdale AZ 85260

Noventech
450 E. 22nd St Ste. 140
Lombard IL 60148

PrestigePEO
538 Broadhollow Rd. Suite 311
Melville NY 11747

Prime Therapeutics
2900 Ames Crossing Road
Eagan MN 55121

RelayHealth
1564 N.E. Expressway
Atlanta GA 30329-2010

RSM
30 South Wacker Dr STE 3300
Chicago IL 60606

RxSense
99 High Street
Boston MA 02110

S.C. Department of Revenue
Office of General Counsel
300A Outlet Pointe Boulevard
Columbia SC 29210

Sage Intacct Inc.
PO Box 123237
Dallas TX 75312-3237

Sanjay Ellanki
10826 Sundrift Dr
Tampa FL 33647

SC DEW
P.O. Box 995
Columbia SC 29202-0995

Social Security Administration
Office of the General Counsel
Office of Program Litigation
Attn: Bankruptcy
6401 Security Boulevard
Baltimore MD 21235

South Carolina Department of Revenue
300A Outlet Pointe Blvd
Columbia SC 29210

The Hartford
PO Box 660916
Dallas TX 75266-0916

United Healthcare
5901 Lincoln Drive
Edina MN 55436

US Atty for SC
1441 Main St., Ste 500
Columbia SC 29201

U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road N.E. Suite 900
Atlanta GA 30326-1382

USRx
4600 Sheridan Street Suite 200
Hollywood FL 33021-3409

VACOMP Consulting LLC
Address Unknown

Welldyne
500 Eagles Landing Dr
Lakeland FL 33810

WTP Service
176-25 Union Turnpike
Fresh Meadows NY 11366