**Fill in this information to identify the case:**

Debtor name  Famulus Health, LLC

United States Bankruptcy Court for the: _____ District of S. C.
(State)

Case number (If known):  24-02019-eg

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................

   $ 3,679,312.86

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................

   $ 3,679,312.86

---

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...........................

   $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

   **+** $ 62,013,508.03

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b

   $ 62,013,508.03

---

**Fill in this information to identify the case:**

Debtor name  Famulus Health, LLC

United States Bankruptcy Court for the: _____ District of  S.C.
(State)

Case number (If known):  24-02019-eg

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ _____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | Checking | 3825 | $ 97,840.09 |
| 3.2. Bank of America | Checking | 5266 | $ 27,507.85 |

4. **Other cash equivalents** (*Identify all*)

   4.1. _____   $ _____
   4.2. _____   $ _____

5. **Total of Part 1**   $ 125,347.94
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $ _____
   7.2. _____   $ _____

Debtor    Famulus Health, LLC
Name

Case number (*if known*)  24-02019-eg

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Prepaid Insurance - Hartford, Hanover, Markel, Capital Specialty and Nationwide | $ 57,051.42 |
| 8.2. | Prepaid Other - Sage Intacct, Cisco, NCPDP and Wolters Kluwer | $ 36,367.92 |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 93,419.34

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:  1,916,756.98 ___ – _____ =......➜   $ 909,662.98
     face amount        doubtful or uncollectible accounts

11b. Over 90 days old:  _____ – _____ =......➜   $ _____
     face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 909,662.98

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____

14.2. _____  _____  $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                % of ownership:

15.1. _____  _____ %  _____  $ _____

15.2. _____  _____ %  _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $ _____

16.2. _____  _____  $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ _____

---

Debtor    **Famulus Health, LLC**
Name

Case number (*if known*) 24-02019-eg

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ _____ | | $ _____ |

Debtor    Famulus Health, LLC    Case number *(if known)* 24-02019
_____    _____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 4

Debtor    Famulus Health, LLC

Name _____    Case number (if known) 24-02019-eg

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor    Famulus Health, LLC
_____    Case number (if known) 24-02019-eg
Name

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| **61. Internet domain names and websites**<br>famulushealth.com | $ _____ | _____ | $ unknown |
| **62. Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| **64. Other intangibles, or intellectual property**<br>Capitalized software costs | $ 1,543,788.60 | Cost method | $ 1,543,788.60 |
| **65. Goodwill**<br>_____ | $ _____ | | $ _____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 1,543,788.60

Debtor    Famulus Health, LLC    Case number (if known) 24-02019-eg
                Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☒ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 11:    All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔  $ _____
                                          Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $ _____

_____    Tax year _____  $ _____

_____    Tax year _____  $ _____

**73. Interests in insurance policies or annuities**

_____                         $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                         $ _____

Nature of claim    _____

Amount requested    $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                         $ _____

Nature of claim    _____

Amount requested    $ _____

**76. Trusts, equitable or future interests in property**

_____                         $ _____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                         $ _____

_____                         $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90                 $ _____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Famulus Health, LLC
         Name

Case number (if known) 24-02019-eg

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 125,347.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 93,419.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,916,756.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................➔ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 1,543,788.60 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 3,679,312.86 | **+** 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.............................................................. $ 3,679,312.86

**Fill in this information to identify the case:**

Debtor name __Famulus Health, LLC__

United States Bankruptcy Court for the: District of __S.C.__
(State)

Case number (If known): __24-02019-eg__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1** | Creditor's name

Describe debtor's property that is subject to a lien

$ _____   $ _____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**2.2** | Creditor's name

Describe debtor's property that is subject to a lien

$ _____   $ _____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred
Last 4 digits of account number      __ __ __ __

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ _____

| Debtor | Famulus Health, LLC | | Case number (*if known*) | 24-02019-eg |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2. __** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____   $ _____

**Describe the lien**

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2. __** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____   $ _____

**Describe the lien**

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Famulus Health, LLC | Case number (if known) | 24-02019-eg |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |
| | Line 2. _____ | __ __ __ __ |

Form 206D                    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Famulus Health, LLC. |
| United States Bankruptcy Court for the: | District of S.C. |
| | (State) |
| Case number (If known) | 24-02019-eg |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor  Famulus Health, LLC
        Name                                    Case number *(if known)*  24-02019-eg

| **Part 1.** | **Additional Page** |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

2.__  **Priority creditor's name and mailing address**                                     $ _____     $ _____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          _____

**Last 4 digits of account**
number __ __ __ __               **Is the claim subject to offset?**
                                 ☐ No
**Specify Code subsection of PRIORITY unsecured**     ☐ Yes
**claim:** 11 U.S.C. § 507(a) (_____)

---

2.__  **Priority creditor's name and mailing address**                                     $ _____     $ _____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          _____

**Last 4 digits of account**
number __ __ __ __               **Is the claim subject to offset?**
                                 ☐ No
**Specify Code subsection of PRIORITY unsecured**     ☐ Yes
**claim:** 11 U.S.C. § 507(a) (_____)

---

2.__  **Priority creditor's name and mailing address**                                     $ _____     $ _____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          _____

**Last 4 digits of account**
number __ __ __ __               **Is the claim subject to offset?**
                                 ☐ No
**Specify Code subsection of PRIORITY unsecured**     ☐ Yes
**claim:** 11 U.S.C. § 507(a) (_____)

---

2.__  **Priority creditor's name and mailing address**                                     $ _____     $ _____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          _____

**Last 4 digits of account**
number __ __ __ __
**Specify Code subsection of PRIORITY unsecured**     **Is the claim subject to offset?**
**claim:** 11 U.S.C. § 507(a) (_____)     ☐ No
                                 ☐ Yes

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  **Famulus Health, LLC**
            Name                                                                              Case number *(if known)* 24-02019-eg

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Avizva

1818 Library Street, Suite 440
Reston, Virginia 20190

| **As of the petition filing date, the claim is:** | $  **1,411,790.02** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Change Healthcare

PO Box 572490
Murray, UT 84157-2490

| **As of the petition filing date, the claim is:** | $  **861,892.10** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Cloudhesive

2419 E. Commercial Blvd Suite 300
Fort Lauderdale, FL 33308

| **As of the petition filing date, the claim is:** | $  **426,777.08** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Goodroot, LLC

10 Front St
Collinsville, CT 06019

| **As of the petition filing date, the claim is:** | $  **605,000.00** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
GoodRX, Inc.
2701 Olympic Blvd., West Building Suite 200

Santa Monica, CA 90404-4183

| **As of the petition filing date, the claim is:** | $  **56,000,000.00** |

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Michelle Frank
10 Front St
Collinsville, CT 06019

| **As of the petition filing date, the claim is:** | $  **306,575.79** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  Famulus Health, LLC
        Name                                                          Case number (if known)  24-02019-eg

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 2,400,000.00

MJSAJH and Associates, LLC

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

4 High Ponds Lane

Bluffton, SC 29910

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,473.31

Noventech

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

450 E. 22nd Street, Suite 140
Lombard, IL 60148

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 240,690.00

Relay Health

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

1564 N.E. Expressway
Atlanta, GA 30329-2010

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**4.0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 2,720.00

Sanjay Ellanki

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

10826 Sundrift Dr
Tampa, FL 33647

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**4.__** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ _____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Famulus Health, LLC
         Name _____   Case number (if known) 24-02019-eg

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. **Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** Weil Gotshal & Manges LLP<br>Attn: David J. Lender<br>767 Fifth Avenue, New York, NY 10153 | Line 3.5<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.2.** | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.3.** | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.4.** | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **41.** | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.5.** | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.6** | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.7.** | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.8.** | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.9.** | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.10.** | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.11.** | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Famulus Health, LLC _____   Case number (if known) 24-02019-eg _____
         Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line_____ ☐ Not listed. Explain _____ | __ __ __ __ |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Famulus Health, LLC _____ Case number *(if known)* 24-02019-eg
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ _____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 62,013,508.03 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c | $ 62,013,508.03 |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name  Famulus Health, LLC

United States Bankruptcy Court for the: _____    District of    S.C.
                                                                                (State)

Case number (If known):  24-02019-eg _____    Chapter    11

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | Avizva LLC<br>1818 Library Street, Suite 440<br>Reston VA, 20190 |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | Avizva LLC<br>1818 Library Street, Suite 440<br>Reston VA, 20190 |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Program Sponsor Agreement | Buzz Affect LLC<br>1 E Broward Blvd, Suite 300W<br>Fort Lauderdale, FL 33301 |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Master Relationship Agreement | Change Care Solutions, LLC<br>100 Airpark Center Drive E.<br>Nashville, TN 37217-3055 |
| | State the term remaining | 1 Year | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | CloudHesive LLC<br>2419 E. Commercial Blvd Ste 300, Fort Lauderdale, FL 33308 |
| | State the term remaining | Expired | |
| | List the contract number of any government contract | | |

| Debtor | Famulus Health, LLC | Case number *(if known)* 24-02019-eg |
|---|---|---|
| | Name | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.6**

State what the contract or lease is for and the nature of the debtor's interest: Master Services Agreement

State the term remaining:

List the contract number of any government contract: No Expiration

CVS Pharmacy, Inc.
Attn: Director, Payer Relations One CVS Drive
Woonsocket, RI 02895

CVS Pharmacy, Inc.
Attn: Legal Department
One CVS Drive, Woonsocket, RI 02895

Prime Therapeutics, LLC

**2.7**

State what the contract or lease is for and the nature of the debtor's interest: Master Services Agreement

State the term remaining:

List the contract number of any government contract:

CVS Pharmacy, Inc.
Attn: Legal Department
One CVS Drive
Woonsocket, RI 02895

**2.8**

State what the contract or lease is for and the nature of the debtor's interest: Prescription Savings Program Marketing and Distribution Agreement

State the term remaining: 6 months

List the contract number of any government contract:

Elixir Savings, LLC
2181 E. Aurora Rd., Suite 201
Twinsburg, OH 44087

**2.9**

State what the contract or lease is for and the nature of the debtor's interest: Business Associates Agreement

State the term remaining:

List the contract number of any government contract: 6 months

Elixir Savings, LLC
2181 E. Aurora Rd., Suite 201
Twinsburg, OH 44087

**3.0**

State what the contract or lease is for and the nature of the debtor's interest: Agreement

2 years

State the term remaining:

List the contract number of any government contract:

Glic Health LLC
One Marina Park Drive, Suite 1410 Boston, MA 02210

**3.1**

State what the contract or lease is for and the nature of the debtor's interest: Confidentiality and Non-Disclosure Agreement

State the term remaining: 2 years

List the contract number of any government contract:

Glic Health LLC
One Marina Park Drive, Suite 1410 Boston, MA 02210

page 2 of 5

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 3.2 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | Hippo Technologies LLC 340 Royal Poinciana Way Suite 317-313 Palm Beach FL 33480 |
| | State the term remaining | | |
| | List the contract number of any government contract | 2 years | |
| 3.3 | State what the contract or lease is for and the nature of the debtor's interest | Second Amended and Restated Master Services Agreement | Inside Rx, LLC Attn: Legal Department One Express Way St. Louis, MO 63121 |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | Express Scripts, Inc. |
| 3.4 | State what the contract or lease is for and the nature of the debtor's interest | MSC Master Administrative Services Agreement Expired | Medical Security Card Company, LLC 350 S. Williams Blvd., Tucson, AZ 85711 Attn: MSC Compliance and Contracting |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 3.5 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Expired | MILO Health 105 Stevens Ave Suite 604, Mount Vernon, NY 10550 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 3.6 | State what the contract or lease is for and the nature of the debtor's interest | Pharmacy Consumer Discount Services Agreement 4 months | Navitus Health Solutions, LLC 361 Integrity Dr., Madison, WI 53717 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 3.7 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | NDCHealth Corporation d/b/a RelayHealth 1564 N.E. Expressway, Atlanta, Georgia 30329-2010 |
| | State the term remaining | 4 months | |
| | List the contract number of any government contract | | |
| 3.8 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement No Expiration | Neighborhood Health Plan of Rhode Island 910 Douglas Pike Smithfield, RI 02917 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

page 3 of 5

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**3.9**

State what the contract or lease is for and the nature of the debtor's interest: Business Associate Agreement

State the term remaining: No Expiration

List the contract number of any government contract:

Neighborhood Health Plan of Rhode Island
910 Douglas Pike Smithfield, RI 02917

---

**4.0**

State what the contract or lease is for and the nature of the debtor's interest: Consumer Savings Card Services Agreement

State the term remaining: 3 years

List the contract number of any government contract:

OptumRx Discount Services, LLC
1600 McConnor Parkway
Schaumburg, IL 60173-6801

---

**4.1**

State what the contract or lease is for and the nature of the debtor's interest: Program Services Agreement

State the term remaining: 1 year

List the contract number of any government contract:

Paramount Rx LLC
2054 Kildaire Farm Rd., #403 Cary, North Carolina 27518

Famulus Purchasing Group LLC

---

**4.2**

State what the contract or lease is for and the nature of the debtor's interest: Agreement

State the term remaining: 18 months

List the contract number of any government contract:

Phoenix Benefits Management
410 Peachtree Parkway, Building 400, Suite 4225 Cumming, GA 30041

---

**4.3**

State what the contract or lease is for and the nature of the debtor's interest: Reseller Agreement

State the term remaining: 3 months

List the contract number of any government contract:

Prescription Card Compare LLC
3900 Darbyshire Dr., Hilliard, OH 43026

---

**4.4**

State what the contract or lease is for and the nature of the debtor's interest: Master Services Agreement

State the term remaining: 3 months

List the contract number of any government contract:

Prime Therapeutics, LLC
2900 Ames Crossing Road, Eagan, MN 55121

---

**4.5**

State what the contract or lease is for and the nature of the debtor's interest: Technology Services Agreement

State the term remaining: 6 months

List the contract number of any government contract:

Red Sail Technologies, LLC
201 West St. John Street, Spartanburg, SC 29306

page 4 of 5

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**4.6**

State what the contract or lease is for and the nature of the debtor's interest

Agreement

Summa Script LLC d/b/a Savings SeekerRx

State the term remaining

9 months

1564 Northeast Parkway, Atlanta, GA 30329

List the contract number of any government contract

---

**4.7**

State what the contract or lease is for and the nature of the debtor's interest

Master Services Agreement

Tower Administrators LLC d/b/a RxSense Administrators

State the term remaining

2 years

99 High Street, Boston, MA 02110

List the contract number of any government contract

---

**4.8**

State what the contract or lease is for and the nature of the debtor's interest

Statutory Marketing Agreement

Tower Administrators LLC d/b/a SingleCare Administrators

State the term remaining

Expired

99 High Street, Boston, MA 02110

List the contract number of any government contract

---

**4.9**

State what the contract or lease is for and the nature of the debtor's interest

Agreement

United Networks of America, Inc.

State the term remaining

1 month

34851 Emarald Coast Parkway, Suite 150 Destin, FL 32541

List the contract number of any government contract

---

**5.0**

State what the contract or lease is for and the nature of the debtor's interest

Agreement

WellDyneRx, LLC

State the term remaining

1 month

500 Eagles Landing Dr. Lakeland, FL 33810

List the contract number of any government contract

---

**5.1**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**5.2**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**

**Fill in this information to identify the case:**

Debtor name  Famulus Health, LLC

United States Bankruptcy Court for the: _____ District of  S.C.
                                                              (State)

Case number (If known):  24-11020-eg

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City / State / ZIP Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City / State / ZIP Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City / State / ZIP Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City / State / ZIP Code | | |
| 2.5 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City / State / ZIP Code | | |
| 2.6 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City / State / ZIP Code | | |

page 1 of 1

**Fill in this information to identify the case and this filing:**

Debtor Name  Famulus Health, LLC

United States Bankruptcy Court for the: _____ District of  S. C.
<br>(State)

Case number *(If known)*:  24-02019-eg

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/1

5

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▉ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/17/2024
<br>MM / DD / YYYY

✗ *Michael Szwajkos*
<br>Signature of individual signing on behalf of debtor

Michael Szwajkos
<br>Printed name

Manager
<br>Position or relationship to debtor


American LegalNet, Inc.
www.FormsWorkFlow.com